SCANNED

DATE: 06/30/04

Y: Sky

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

### DISTRICT OF

United States of America

Michael E Green

**APPEARANCE**

Case Number: 04 - 1755 - CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

_____
Date

_____
Signature    James E McGoff

_____
Print Name                    Bar Number

_____
Address

_____
City          State          Zip Code

_____
Phone Number          Fax Number