UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
[ILLEGIBLE] OFFICE

2004 AUG -2 P 1: 24

UNITED STATES OF AMERICA    )
                            )  Criminal No. 04-MJ-01755-CBS
              v.            )              U.S. DISTRICT COURT
                            )              DISTRICT OF MASS.
WALLSTEIN DWAYNE ALLEN      )
MICHAEL E. GREEN            )
ANDRE PAGE                  )
AQUAYA STEPHANIE PERRY      )

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the United States
of America in the above-captioned case.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

              By:

                          MICHAEL J. PELGRO
                          Assistant U.S. Attorney
                          (617) 748-3246

Dated: August 2, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

*Michael J. Delgro/cg.*

MICHAEL J. PELGRO
ASSISTANT UNITED STATES ATTORNEY