# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                     CRIMINAL CASE

                                             NO.  04-10234 NMG

        V.

WALLSTEIN DWAYNE ALLEN
ANDRE PAGE
MICHAEL E. GREEN
AQUAYA STEPHANIE PERRY

        Defendant

## NOTICE OF ARRAIGNMENT

Lawrence P. Cohen,  M.J.

        PLEASE TAKE NOTICE that the above-entitled case has been set for

ARRAIGNMENT on AUGUST 25, 2004 at 11:00 A.M. before Judge    LAWRENCE P. COHEN, MJ

in Courtroom # 23 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston,

Massachusetts.

        Please note that the defendant must appear with counsel.  If he/she is unable to

secure counsel and believes, because of his/her financial condition, that counsel should be

appointed, he/she should contact the undersigned at (617) 748-4231.

        Also note that the defendant must contact the U.S. Pretrial Services Office at (617)

748-9213 at least 72 hours before the above date.

        TONY ANASTAS,
        CLERK OF COURT

Date: AUGUST 20, 2004                     By    /s/ Maria Simeone
                                                 Courtroom Deputy

Notice mailed/e-mailed to: all counsel of record

**(notice of arraignment.wpd - 7/99)**                                    **[kntchrgcnf.]**