UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
            v.                 )     CRIMINAL ACTION
                               )     NO. 04-10234-NMG
WALLSTEIN DWAYNE ALLEN,        )
ANDRE PAGE, MICHAEL E. GREEN,  )
and AQUAYA STEPHANIE PERRY,    )
            Defendants,        )
_____)
```

**STATUS REPORT**
**November 5, 2004**

**SWARTWOOD, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. Discovery/Plea Negotiations

Counsel for the parties have requested additional time to review discovery produced by the Government with their clients and to initiate discussions with the Government for a non-trial disposition of this case.  I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on December 8, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from November 5, 2004 (date of expiration of prior order of excludable time) through December 8, 2004 (date by which discovery/plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, February 16, 2005</u>.

<pre>
                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE
</pre>