UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| )<br>UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WALLSTEIN DWAYNE ALLEN, )<br>ANDRE PAGE, MICHAEL E. GREEN, )<br>and AQUAYA STEPHANIE PERRY, )<br>    Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10234-NMG** |

ORDER OF EXCLUDABLE TIME
November 5, 2004

**SWARTWOOD, M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 5, 2004 (date of expiration of prior order of excludable time) through December 8, 2004 (date by which discovery/plea negotiations should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE