UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                )<br>)<br>WALLSTEIN DWAYNE ALLEN,   )<br>ANDRE PAGE, MICHAEL E. GREEN, )<br>and AQUAYA STEPHANIE PERRY,  )<br>    Defendants,      )  | **CRIMINAL ACTION**<br>**NO. 04-10234-NMG** |

**ORDER OF EXCLUDABLE TIME**
**December 8, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from December 8, 2004 (date of expiration of prior order of excludable time) through January 10, 2005 (date by which all discovery and plea negotiations shall be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE