UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04CR10234NMG

UNITED STATES OF AMERICA )
)
VS. )
)
)
MICHAEL E. GREEN ET AL. )

MOTION TO DISCHARGE ATTORNEY
AND APPOINT NEW ATTORNEY

Now comes defendant and hereby requests that this Honorable Court discharge defendant's attorney, James E. McCall, and replace him with a new public defender attorney.

As reason therefore, defendant states that 1) Attorney McCall has been retained and paid by defendant's co-defendant (Wallstein Allen), who defendant doesn't even know very well; 2) neither defendant nor his family had retained Attorney McCall's services; 3) to this day, defendant feels that Attorney McCall isn't working to the best of his ability in defendant's interests; and 4) if neither defendant nor his family retained Attorney McCall's services, why is Attorney McCall insisting that defendant and/or his family continue to pay the balance of defendant's fee?

If possible, defendant would like to request that Anthony M. Cardinale be appointed to represent him. Mr. Cardinale's address is 655 Summer St., Boston, MA 02210. His phone number is 617-345-5400.

Defendant hereby incorporates his accompanying affidavit in support of this motion.

Date: 11/30/04

Respectfully submitted,

Michael E. Green
Michael Green
N.C.C.C., PMX-19
200 West St., PO Box 149
Dedham, MA 02027-0149