UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04CR10234NMG

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| MICHAEL E. GREEN ET AL. | ) |

### AFFIDAVIT SUPPORTING
### MOTION TO DISCHARGE ATTORNEY
### AND APPOINT NEW ATTORNEY

I, Michael E. Green, hereby declare that:

1)  my attorney, James McCall, was retained and paid for by my co-defendant, Wallstein Allen;

2)  neither me nor my family retained Attorney McCall's services;

3) to this day, I feel that Attorney McCall isn't working to the best of his ability in my interests; and

4) I don't understand why Attorney McCall is now insisting that me or my family continue to pay the balance of my fees if neither me nor my family hired him.

Signed under the penalties of perjury this 30 th day of November, 2004.


*Michael E Green*
Michael Green
N.C.C.C., PMX-19
200 West St., PO Box 149
Dedham, MA 02027-0149