# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>)<br>)<br>WALLSTEIN ALLEN, ANDRE PAGE, )<br>MICHAEL GREEN and AQUAYA )<br>STEPHANIE PERRY )<br>      Defendant )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10234-NMG** |

## ORDER
**FEBRUARY 11, 2005**

**SWARTWOOD, Chief M.J.**

This case has been drawn to a District Judge in Boston and that Judge has referred this case to me for all pretrial proceedings. Therefore, to avoid confusion, duplication of judicial resources and to guaranty a prompt response to all pretrial proceedings, all pleadings in this case <u>shall</u> be filed, either electronically or in the Worcester Clerk's Office until this case is returned to the District Judge in Boston.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE