UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

v.                                                                                          Crim. No.- 04-CR-10234 NMG

MICHAEL E. GREEN

_____

**MOTION TO STRIKE SURPLUSAGE FROM
INDICTMENT, FED.R.CRIM.P. 7(d)**

Now comes the defendant, Michael Green, by his court appointed counsel, and respectfully requests that this Honorable Court strike the "Notice of Additional Factors" from the Indictment as it pertains to Mr. Green. This Notice of Additional Factors is improper surplusage to the Indictment. As grounds for the Motion, the defendant relies on the accompanying memorandum of law.

                                                                Respectfully Submitted,
                                                                Michael Green,
                                                                by his attorney,

Date:   March 3, 2005                                   /s/ MELVIN NORRIS
                                                                Melvin Norris
                                                                260 Boston Post Road, Suite 9
                                                                Wayland, MA 01778
                                                                (508) 358-3305
                                                                MA BBO# 373900