# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-10234-NMG
WALLSTEIN DWAYNE ALLEN,        )
ANDRE PAGE, MICHAEL E. GREEN,  )
and AQUAYA STEPHANIE PERRY,    )
         Defendants,           )
_____)
```

### STATUS REPORT
### April 27, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. Discovery

Counsel for Mr. Page has requested additional time to review discovery produced by the Government and counsel for the other Defendants have no objection to their co-defendants' request. Mr. Page's lawyer has been on trial for several weeks in a murder case. Therefore, I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on May 26, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 25, 2005 (date of expiration of prior order of excludable time) through May 26, 2005 (date by which a review of discovery shall be completed by all Defendants). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, August 4, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE