UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                              ) | CRIMINAL NO. 04-10234-NMG |
| ) | |
| **MICHAEL E. GREEN**            ) | |
| **Defendant**           ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT

The United States of America, by Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, hereby files this response to the defendant's Motion to Strike Surplusage from Indictment. The defendant specifically petitions this Honorable Court to strike the portion of the Indictment titled "Notice of Additional Factors." The government agrees that the "Notice of Additional Factors" is surplusage and has no opposition to the defendant's motion to strike that portion of the Indictment. The government reserves the right to seek to have the defendant punished for at least fifty kilograms but less than one hundred fifty kilograms of cocaine.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: */s/ David G. Tobin*
    DAVID G. TOBIN
    Assistant U.S. Attorney

Dated:  August 3, 2005