UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10234-NMG |
| ) | |
| WALLSTEIN ALLEN, ET AL. ) | |

GOVERNMENT'S TRIAL EXHIBIT LIST

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin and William Connolly, Assistant U.S. Attorneys, and hereby provides this Honorable Court with the government's Exhibit List in the above-captioned case.

1) 105.2 kilograms of cocaine seized in East Boston, MA on June 5, 2004;

2) bags in which the above-referenced cocaine was stored;

3) Photo of bags containing cocaine in hatchback area of vehicle;

4) Photo of kilograms of cocaine displayed on a table;

5) Photo of unzipped bag showing how kilograms of cocaine had been placed in the bags;

6) Photo of the seized U.S. currency displayed on a table;

7) CD containing video surveillance taken at the Prudential Center Mall on June 5, 2004 [and video tape of portions of the CD];

8) Video taken of the outside of the East Boston, MA warehouse where the cocaine was seized;

9) Video taken of the inside of the East Boston, MA warehouse where the cocaine was seized;

10) Curriculum Vitae of Michelle G. Camilleri, Senior Forensic Chemist, Drug Enforcement Administration;

11) DEA 7 Lab Report pertaining to the 105 kilograms of cocaine seized on June 5, 2004;

12) DEA Laboratory paperwork associated with the testing and weighing of the seized cocaine;

13) CD containing calls intercepted pursuant to the authorization of this Court [with cassette of selected calls];

14) Plea/Cooperation Agreement of Wallstein Dwayne Allen; and

15) Photos of area outside East Boston warehouse, where Defendants Page and Perry were arrested.

The government reserves the right to amend its Exhibit List.

>
> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ David G. Tobin
>     DAVID G. TOBIN
>     Assistant U.S. Attorney