UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10234-NMG |
| | ) |
| WALLSTEIN ALLEN, ET AL. | ) |
| | ) |

GOVERNMENT'S AMENDED WITNESS LIST

Now comes the United States, by its attorneys, Michael J.
Sullivan, United States Attorney, and David G. Tobin, Assistant
U.S. Attorney, and hereby provides this Honorable Court with the
government's Amended Witness List in the above-captioned case.
The United States reserves the right to amend its witness list.

1) **Peter Darling, Immigration and Customs Enforcement (ICE) Special Agent (SA), Boston, Massachusetts;**

2) **Michael Heddrick, ICE SA, Key West, Florida;**

3) **Craig Karch, ICE SA, Key West, Florida;**

4) **Jeff Barber, ICE SA, Key West, Florida;**

5) **Kristen Rosenbeck, ICE SA, Boston, Massachusetts;**

6) **John Coleman, ICE SA, Boston, Massachusetts;**

7) **Eric LaForte, ICE SA, Boston, Massachusetts;**

8) **Bernard Navarro, ICE SA, Boston, Massachusetts;**

9) **Chris D'Iorio, ICE SA, Boston, Massachusetts;**

10) **Peter Pasciucco, ICE Task Force Agent, Boston, Massachusetts;**

11) **Al Hawkins, New York City Police Officer, Brooklyn, New York;**

12)   Dwayne Chandler, New York City Police Officer, Brooklyn, New
      York;

13)   Dan Rather, Manhattan Assistant District Attorney;
      Manhattan, New York;

14)   Michelle G. Camilleri, Senior Forensic Chemist, DEA; New
      York City, New York;

15)   Thomas Joyce, Boston Police Officer, Boston, Massachusetts;

16)   Michael Feeney, Boston Police Officer, Boston,
      Massachusetts;

17)   Matt Gilmore, formerly an ICE SA in Boston, Massachusetts;

18)   Wallstein Dwayne Allen, Brooklyn, New York;


                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ David G. Tobin
                         DAVID G. TOBIN
                         Assistant U.S. Attorney


                    CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF

system will be sent electronically to the registered participants

as identified on the Notice of Electronic Filing (NEF) and paper

copies will be sent to those indicated as non registered

participants on February 3, 2006.


                         /s/ David G. Tobin
                         DAVID G. TOBIN


                              2