UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                     Crim. No. 04-CR-10234 NMG

MICHAEL GREEN

**DEFENDANT MICHAEL GREEN'S REQUEST FOR VOIR DIRE
OF THE PROSPECTIVE JURORS**

Now comes the defendant in the above-captioned matter, Michael Green, and moves this Honorable Court, pursuant to Fed. R. Crim. P. 24(a), to examine the prospective jurors by inquiry as follows:

**I.  Victim of Crime**

   1. Have you ever been a victim of a crime?

      If yes, please describe the incident:

      a. When did it take place?

      b. What was the age, race, national origin, and sex of the perpetrator?

      c. Were the police called?

      d. Was anyone arrested?

      e. Did you testify in court?

      f. What impressions about the police, prosecutors and about the judicial system did you form as a result of your experience?

  g. Were drugs involved in your experience?

  h. Will this experience interfere in any way with your ability to be fair and impartial in this case?

**II. Relationship to Law Enforcement Personnel**

 1. Are you related to, or close friends with, any police officers, district attorneys, or other law enforcement personnel? If yes:

  a. Please describe your relationship with this person?

  b. How often do you see him / her?

  c. Where does he / she work?

  d. Does he / she discuss his / her work with you?

  e. As a result of your contact with this person, what are your impressions about police work / district attorneys' office, etc.?

  f. Will this relationship interfere in any way with your ability to be fair and impartial in this case?

**III. Attitudes and Impressions About Law Enforcement and Criminal Justice System**

 1. What does it mean to you when the police arrest or the government indicts someone?

 2. Do you think the police could mistakenly or knowingly arrest the wrong person, or the government could mistakenly or knowingly indict the wrong person? Why or why not?

    3.    Does the fact that the defendant has been arrested or indicted make you think they did something wrong?

    4.    Do you believe that a police officer's testimony should be given more weight than the testimony of any other witness?

    5.    Do you believe that a police officer's testimony should be considered more truthful than the testimony of other witnesses?

### IV.   Attitudes About Victim / Nature of Crime / Defendant

    1.    Will the fact that this case involves charges involving cocaine affect your ability to be a fair and impartial juror?

    2.    Are you related to, or close friends with any person who has been a drug user or addict? If so, would that affect your ability to be a fair and impartial juror?

    3.    Do any of you believe that African American persons, simply because they are African American, are more likely to commit crimes or more likely to be involved in drug offenses than persons who are not African American?

    4.    Do any of you have feelings one way or another about persons of African American ancestry that would make it at all difficult for you to act as a fair and impartial juror in this case?

### V.   Presumption of Innocence

    1.    Does the fact that Michael Green is charged with a serious crime make you think he must have done something wrong?

2.  Do you believe that Michael Green could be innocent even though he is charged with a serious crime?

Respectfully submitted,<br>
Michael Green<br>
By his attorney,

Dated: February 4, 2006                    /s/ MELVIN NORRIS

Melvin Norris
260 Boston Post Road, Suite 9
Wayland, MA 01778
(508) 358-3305
BBO# 373900

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

    /s/ Melvin Norris
MELVIN NORRIS