UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**United States of America,**

       **Plaintiff**                                                                 CR04-10234-NMG

      v.

**Michael Green,**

       **Defendant**

<u>Protective Order</u>

**PLEASE TAKE NOTICE** that Richard Ferrell, counsel for the above named defendant is currently on trial before the Honorable Nathaniel M. Gorton at the United States District Court, John Joseph Moakley Courthouse, Boston, Massachusetts, courtroom no. 4 on the 3rd floor, and his attendance will be required through the duration of trial.

2/10/2006                                                      /s/ NMGorton
**Date**                                                          **United States District Judge**