UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                               Cr. No. 04-CR-10234 NMG

MICHAEL GREEN

### DEFENDANT MICHAEL GREEN'S REQUEST FOR ADDITIONAL JURY INSTRUCTIONS

The defendant in the above-captioned matter, Michael Green, hereby requests that this Honorable Court give the following specific instruction to the jury in addition to its usual general instructions and the instructions he previously requested:

Mental State That Is Inconsistent with the Requisite Culpable State of Mind:

Evidence has been presented of Michael Green's ignorance or mistake in this case. Such ignorance or mistake may be inconsistent with the intent requirement of Possession with Intent to Distribute cocaine. If after considering the evidence of his ignorance or mistake, together with all the other evidence, you have a reasonable doubt that Mr. Green acted intentionally or willfully, then you must find Mr. Green not guilty.

THE DEFENDANT RESERVES THE RIGHT TO REQUEST ADDITIONAL INSTRUCTIONS IF APPROPRIATE.

1

                                          Respectfully submitted,
                                        Michael Green
                                        By his attorney,

Dated: February 10, 2006

                                        Melvin Norris
                                        260 Boston Post Road, Suite 9
                                        Wayland, MA 01778
                                        (508) 358-3305
                                        BBO# 373900

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the counsel of record for each other party on this date by hand.

MELVIN NORRIS