CRIMINAL CASE NO: __04-cr-10234__

TITLE: __United States of America__   VS.   __Andre Page/ Michael Green__

## JURY PANEL

01. Anne Vogel
02. Barbara Joy
03. ~~Maureen O'Kelly~~ ex 2/14
04. Michele Trucksis
05. Charleston Johnson
06. Jodi Harrington Alt. 2
07. Cheryl McLaughlin
08. Thomas Pedro
09. Amanda Kelly
10. Thomas Finn
11. Stacy Goodhue
12. Damian Knighton
13. ~~Mary O'Toole~~ ex 2/14
14. Mark Goossen Alt. 1

## WITNESSES

**PLAINTIFF/GOVT.**

01. Peter Darling
02. Michael Hedrick
03. Wallstein Dwayne Allen
04. Thomas Joyce
05.
06.
07.
08.
09.
10.
11.
12.
13.
14.

**DEFENDANT**

01. Andre Page
02. Michael Green
03. Spirow Ferris
04. Dan M. Rather
05.
06.
07.
08.
09.
10.
11.
12.
13.
14.

(jury&wit.lst - 09/92)

We would like to rewatch the video of inside the warehouse.

Anne Afon VF
2/14/06
2:55 pm

What does "attributable" mean in regards to question b. ?

*Anne Heron VP* [signature]

2/14/06

2:20 pm

We have reached a verdict.

*Anne Hicove VJF*

2/15/06

3:15 PM