United States District Court
District of Massachusetts

```
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
            v.                      )    Criminal Action No.
                                    )    04-10234-NMG
                                    )
ANDRE PAGE and MICHAEL GREEN,       )
                                    )
            Defendants.             )
                                    )
```

## Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND:**

1.  On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Cocaine</u> (Count <u>TWO</u>), Defendant **Andre Page**

    _____ Not Guilty       _✓_ Guilty

**If you answer Question 1 "Not Guilty", proceed to Question 2. If you answer Question 1 "Guilty", answer the following subpart questions:**

   a.   Did the conspiracy involve five or more kilograms of cocaine?

        _✓_ Yes        _____ No

   b.   Were five or more kilograms of cocaine attributable to Mr. Page?

        _✓_ Yes        _____ No

-1-

2.  On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Cocaine</u> (Count <u>TWO</u>), Defendant **Michael Green**

        _____ Not Guilty      __✓__ Guilty


**If you answer Question 2 "Not Guilty", proceed to Question 3.  If you answer Question 2 "Guilty", answer the following subpart questions:**

    a.  Did the conspiracy involve five or more kilograms of cocaine?

            __✓__ Yes        _____ No

    b.  Were five or more kilograms of cocaine attributable to Mr. Green?

            __✓__ Yes        _____ No


3.  On the charge of <u>Possession of Cocaine with the Intent to Distribute It</u> and <u>Aiding and Abetting the Same</u> (Count <u>THREE</u>), Defendant **Andre Page**

        _____ Not Guilty      __✓__ Guilty


**If you answer Question 3 "Not Guilty", proceed to Question 4.  If you answer Question 3 "Guilty", answer the following subpart question:**

    a.  Did the possession involve five or more kilograms of cocaine?

            __✓__ Yes        _____ No


4.  On the charge of <u>Possession of Cocaine with the Intent to Distribute It</u> and <u>Aiding and Abetting the Same</u> (Count <u>THREE</u>), Defendant **Michael Green**

        _____ Not Guilty      __✓__ Guilty

If you answer Question 4 "Not Guilty", your deliberations are complete. If you answer Question 4 "Guilty", answer the following subpart question:

     a.    Did the possession involve five or more kilograms of cocaine?

         √ Yes        _____ No

YOUR DELIBERATIONS ARE COMPLETE. THE FOREWOMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING.

Dated: _2/15/06_    Jury Forewoman: _Anne Aron VP_