Michael E. Green
N.C.C.C., PMX-8
200 West St.
Dedham, MA 02027-0149

February 18, 2006

Honorable Judge Nathaniel M. Gorton
U.S. District Court
One Courthouse Way
Boston, MA

Dear Judge Gorton:

My name is Michael E. Green (CR-04-10234-NMG), and you're the trial judge of my case. Before I even begin to get into this letter, all I ask is that you'll take some time out of your schedule to address my concerns that I'm writing to you about today.

First of all, Your Honor, I'm sure that you're faced with criminals every day. But since I'm not a criminal, maybe you'll see why I'm taking this written approach to you. Indeed, something that a common criminal would not do.

Your Honor, I've got to distinguish myself from the co-defendants in this case, for the simple reason of me being lied to by someone I would've considered a friend. Nevertheless, as you sat and listened to testimony and viewed or heard evidence in this case, I'm pretty sure that you can see I've got absolutely nothing to do with any of this chaos I'm being charged for. In fact, this is why you've been appointed as a U.S. District Judge, Your Honor, to judge fairly and to insure that justice is met.

Your Honor, by the grace of God, only you have the power to act when you believe a lesser verdict is more consonant with the interest of justice. As I've said earlier, you heard all of the testimony, Your Honor, and not to pat myself on the back (so to speak), I'm far from a criminal. As you can see, not that I'm special by any means, but as I was taught by my family all the days of my life, crime doesn't pay!! This is why I've stayed away from crime all throughout my life, not to mention reprimanding others younger than myself about crime also.

Your Honor, as yourself, I too do have a loving and caring family that needs and misses me. This being a major factor of me, not having any sort of criminal history, also. But truthfully, Your Honor, I'm obligated to keep my family together, and especially keeping

my younger (teenage) brother away from the predators that have taken me off guard (so to speak). It will crush my world if this were to happen, especially while I'm being held for a crime I've got nothing to do with.

As everyone does, I've got a family that's experiencing a lot of difficulties due to this case. But Your Honor, only you can fix what seems to be broken!! I'm pleading with you, Judge Gorton, don't make it about numbers, please. Instead, make it about justice!! You can help me to save my younger brother from the hands of these predators!! I'm praying that you will indeed take time out to examine this case, (again).

I thank you for your attention in this matter, and please excuse me for taking this approach, but as you can see, my life has been altered, severely, because of the deceit of someone else. Again, I appreciate your time, and concern.

                                         Thank you,

                                         *Michael E. Green* (signature)
                                         Michael E. Green