UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

v.                                                                              Crim. No.- 04-CR-10234 NMG

MICHAEL E. GREEN

_____

### DEFENDANT'S MOTION TO CONTINUE SENTENCING
### ASSENTED TO

Now comes the defendant, Michael Green, by his court appointed counsel, and respectfully requests that this Honorable Court continue his sentencing date to a further date. As reason therefore, the defendant assigns the following:

1. Mr. Green has requested a further meeting with the United States Attorney regarding information about this case.

2. The interests of justice are best served if Mr. Green is not sentenced on the same day as the codefendant Andre Page.

WHEREFORE the defendant requests that his sentencing date be continued until a further date. The government has no objection to this continuance.

                                                   Respectfully Submitted,
                                                   Michael Green,
                                                   by his attorney,

Date: May 5, 2006                       /s/ MELVIN NORRIS
                                                   Melvin Norris
                                                   260 Boston Post Road
                                                   Wayland, MA 01778
                                                   (508) 358-3305
                                                   MA BBO# 373900

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

    /s/ Melvin Norris
MELVIN NORRIS