UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  CRIMINAL NO.  04-CR-10234 NMG

MICHAEL E. GREEN

## NOTICE OF APPEAL

Notice is hereby given, pursuant to F.R.App.Pro.3 and 4 that MICHAEL GREEN, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the following orders and judgment of the District Court:

1. Denial of defendant's Motion for Judgment of Acquittal filed on February 12, 2006, and after the jury's verdict; and

2. The defendant's conviction.

Respectfully submitted,
By his Court-Appointed Attorney,

Dated: June 23, 2006

/s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Road
Wayland, MA  01778
508-358-3305

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

      /s/ Melvin Norris
MELVIN NORRIS