APPEAL, MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10234-NMG-ALL
## Internal Use Only

Case title: USA v. Allen et al
Magistrate judge case number: 1:04-mj-01755-CBS

Date Filed: 08/11/2004

Assigned to: Judge Nathaniel M. Gorton

## Defendant

**Wallstein Dwayne Allen** (1)
*also known as*
Kishawn Thompson (1)
*also known as*
Shorty (1)

represented by **Leo T. Sorokin**
Federal Defender's Office
408 Atlantic Avenue
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
*TERMINATED: 08/16/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Rudolph F. Miller**
R.F. Miller & Associates
406 South Huntington Avenue
Jamaica Plain, MA 02130
617-522-1133
Fax: 617-522-1104
Email: rfmillerlaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:963 Conspiracy to Import Cocaine
(1)

21:846 Conspiracy to Distribute and to
Possess with Intent to Distribute Cocaine
(2)

21:841(a)(1) Possession of Cocaine with
Intent to Distribute; 18:2 Aiding and

## Disposition

Abetting
(3)

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

## Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
| --- | --- |
| 21:841(a)(1) and 21:846...Dft.'s did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons, to possess cocaine, a schedule 11 controlled substance, with intent to distribute and did knowingly and intentionally attempt to possess cocaine a schedule 11 controlled subsance, with intent to distribute | |

Assigned to: Judge Nathaniel M. Gorton

## Defendant

**Andre Page** (2)
*TERMINATED: 06/12/2006*

represented by **Andrew M. D'Angelo**
Carney & Bassil
20 Park Plaza
Suite 800
Boston, MA 02116
617-338-5566
Fax: 617-338-5587
Email: adangelo@carneybassil.com
*TERMINATED: 08/16/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**E. Peter Parker**
Law Office of E. Peter Parker
151 Merrimac Street
Boston, MA 02114
617-742-9099
Fax: 617-742-9989
Email: peter@parkerslaw.com

*TERMINATED: 01/28/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Elliot M. Weinstein**
83 Atlantic Avenue
Boston, MA 02110
617-367-9334
Fax: 617-523-7554
Email: elliot@eweinsteinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Melvin Norris**
Mel Norris
260 Boston Post Road
Suite 9
Wayland, MA 01778
508-358-3305
Fax: 508-358-7787
Email: attorney.norris@verizon.net
*TERMINATED: 08/16/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**William Keefe**
Law Office of William Keefe
390 Centre Street
Jamaica Plain, MA 02130
617 983 9200
Fax: 617 983 0733
Email: wkeefelaw@yahoo.com
*TERMINATED: 01/28/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:846 Conspiracy to Distribute and to
Possess with Intent to Distribute Cocaine
(2)

21:841(a)(1) Possession of Cocaine with
Intent to Distribute; 18:2 Aiding and
Abetting
(3)

## Disposition

TOL 36, CHC III; 240-293 months. On
Counts 1 & 2; 240 months in BOP,
concurrently, followed by 10 years of SR.
Submit to DNA sample. No firearms. .

TOL 36, CHC III; 240-293 months. On
Counts 1 & 2; 240 months in BOP,
concurrently, followed by 10 years of SR.
Submit to DNA sample. No firearms.

### Highest Offense Level (Opening)

Felony

### Terminated Counts                          **Disposition**

None

### Highest Offense Level (Terminated)

None

### Complaints                                 **Disposition**

21:841(a)(1) and 21:846...Dft.'s did
knowingly and intentionally combine,
conspire, confederate, and agree with each
other, and with other persons, to possess
cocaine, a schedule 11 controlled
substance, with intent to distribute and did
knowingly and intentionally attempt to
possess cocaine a schedule 11 controlled
subsance, with intent to distribute

TOL 36, CHC III; 240-293 months.
Counsel present arguments. Defendant
expresses right of allocution. On Counts 1
& 2; 240 months in BOP, concurrently,
followed by 10 years of SR. Submit to
DNA sample. No firearms. Informed of
rights to appeal and representation.
Motion to withdraw and notice of appeal
filed in open court. Motion to withdraw
will be allowed and notice of appeal filed.

Assigned to: Judge Nathaniel M. Gorton

### Defendant

**Michael E. Green** (3)                       represented by **Andrew M. D'Angelo**
(See above for address)
*TERMINATED: 08/16/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**James E. McCall**
4 Longfellow Place
Boston, MA 02114
617-720-2900
Fax: 617-742-5761
Email: mccall_attorney@yahoo.com
*TERMINATED: 12/28/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Melvin Norris**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

21:846 Conspiracy to Distribute and to
Possess with Intent to Distribute Cocaine
(2)

21:841(a)(1) Possession of Cocaine with
Intent to Distribute; 18:2 Aiding and
Abetting
(3)

**Disposition**

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

**Disposition**

## Highest Offense Level (Terminated)

None

## Complaints

21:841(a)(1) and 21:846...Dft.'s did
knowingly and intentionally combine,
conspire, confederate, and agree with each
other, and with other persons, to possess
cocaine, a schedule 11 controlled
substance, with intent to distribute and did
knowingly and intentionally attempt to
possess cocaine a schedule 11 controlled
subsance, with intent to distribute

**Disposition**

---

Assigned to: Judge Nathaniel M. Gorton

## Defendant

**Aquaya Stephanie Perry (4)**                    represented by **Edward L. Hayden**
                                                  7 Franklin Street
                                                  Lynn, MA 01902
                                                  781-599-1190
                                                  Fax: 781-598-1190
                                                  Email: hayden.law@verizon.net
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: CJA Appointment*

Howard Greenberg
41 Schermerhorn Street
Brooklyn, NY 11201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:841(a)(1) Possession of Cocaine with
Intent to Distribute; 18:2 Aiding and
Abetting
(3)

18:4 - MISPRISON OF A FELONY
(4)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Highest Offense Level (Terminated)

None

## Complaints

21:841(a)(1) and 21:846...Dft.'s did
knowingly and intentionally combine,
conspire, confederate, and agree with each
other, and with other persons, to possess
cocaine, a schedule 11 controlled
substance, with intent to distribute and did
knowingly and intentionally attempt to
possess cocaine a schedule 11 controlled
subsance, with intent to distribute

**Disposition**

**Disposition**

**Disposition**

---

## Plaintiff

## USA

represented by **David G. Tobin**
United States Attorneys Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email: David.Tobin@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Pelgro**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3965
Email: michael.pelgro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2004 | | Case sealed as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry (Bell, Marie)[1:04-mj-01755-CBS] (Entered: 06/08/2004) |
| 06/07/2004 | 1 | SEALED COMPLAINT as to Wallstein Dwayne Allen (1), Michael E. Green (2), Andre Page (3), Aquaya Stephanie Perry (4). (Smith3, Dianne)[1:04-mj-01755-CBS] (Entered: 06/09/2004) |
| 06/07/2004 | 2 | AFFIDAVIT of Peter Darling by Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry [1] Complaint (Sealed) (Smith3, Dianne) [1:04-mj-01755-CBS] (Entered: 06/09/2004) |
| 06/07/2004 | | Arrest of Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 06/17/2004) |
| 06/07/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry held on 6/7/2004. Case called, Counsel (Pelgro, Tobin, Norri[1:04s, Sorokin, D'Angelo, Hayden), PTS Pacozzi & Defendants appear, All defendants informed of rights and charges, Financial affidavits filed, Counsel appointed for all defendants, Governemnt moves for detention, Case continued, Defendants remanded [1:04to the custody of the US Marshal. (3:43 P.) (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 06/17/2004) |
| 06/07/2004 | 6 | Judge Charles B. Swartwood : ORDER OF TEMPORARY DETENTION as to Wallstein Dwayne Allen; Detention Hearing set for 6/16/2004 02:00 PM in Courtroom 16 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa) [1:04-mj-01755-CBS] (Entered: 06/17/2004) |
| 06/07/2004 | 23 | Judge Charles B. Swartwood : ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Wallstein Dwayne Allen; Leo T. Sorokin for Wallstein Dwayne Allen appointed. (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 08/02/2004) |

| 06/07/2004 | ●3 | CJA 23 Financial Affidavit by Michael E. Green (Smith3, Dianne)[1:04-mj-01755-CBS] (Entered: 06/09/2004) |
|---|---|---|
| 06/07/2004 | ●7 | Judge Charles B. Swartwood : ORDER OF TEMPORARY DETENTION as to Michael E. Green, Andre Page, Aquaya Stephanie Perry (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 06/17/2004) |
| 06/07/2004 | ●5 | CJA 23 Financial Affidavit by Andre Page (Smith3, Dianne)[1:04-mj-01755-CBS] (Entered: 06/09/2004) |
| 06/07/2004 | ●21 | Judge Charles B. Swartwood : CJA 20 as to Andre Page : Appointment of Attorney Andrew M. D'Angelo for Andre Page. (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 08/02/2004) |
| 06/07/2004 | ●4 | CJA 23 Financial Affidavit by Aquaya Stephanie Perry (Smith3, Dianne)[1:04-mj-01755-CBS] (Entered: 06/09/2004) |
| 06/07/2004 | ●20 | Judge Charles B. Swartwood : CJA 20 as to Aquaya Stephanie Perry : Appointment of Attorney Edward L. Hayden for Aquaya Stephanie Perry. (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 07/30/2004) |
| 06/09/2004 | ●14 | SEALED MOTION as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry by USA. (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/08/2004) |
| 06/09/2004 | | *SEALED*     Judge Charles B. Swartwood : Electronic ORDER entered denying [14 Sealed Motion as to Wallstein Dwayne Allen (1), Michael E. Green (2), Andre Page (3), Aquaya Stephanie Perry (4). "DENIED as improper. This should have been filed as a motion in l[1:04imine or simply made objections to questions by defense counsel." (cc/cl) (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/08/2004) |
| 06/09/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Michael E. Green, Andre Page, Aquaya Stephanie Perry held on 6/9/2004, Preliminary Examination as to Michael E. Green, Andre Page, Aquaya S[1:04tephanie Perry held on 6/9/2004. Case called, Counsel (Tobin, D'Angelo, Norris, Hayden), PTS & Defendants appear, Goverment called, Peter Darling, Cross, Government calls John Coleman, Cross, Attorney Norris calls Mrs. Green, The Matter of Prob[1:04able Cause taken under advisement, Defendants remanded to the Custody of the US Marshal, Dft Perry to be brought back after short recess. (11:55 A.) (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 06/17/2004) |
| 06/09/2004 | ●8 | EXHIBIT/WITNESS LIST re: P/C & Detention Hearing as to Michael E. Green, Andre Page, Aquaya Stephanie Perry (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 06/17/2004) |
| 06/09/2004 | ●11 | Judge Charles B. Swartwood : ORDER entered ORDER Setting Conditions of Release as to Aquaya Stephanie Perry (4) 25,000 unsecured. (Hassett, Kathy) [1:04-mj-01755-CBS] (Entered: 07/01/2004) |
| 06/09/2004 | ● | Bond Set as to Aquaya Stephanie Perry (4) 25,000 surety. (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/02/2004) |

| 06/16/2004 | 8 | Case unsealed as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry (sealed in error) (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 06/16/2004) |
|---|---|---|
| 06/17/2004 | 9 | Judge Charles B. Swartwood : Memorandum of Probable Cause and Order on the Government's Motion for Detention as to Michael E. Green, Andre Page, Aquaya Stephanie Perry, cc/cl. (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 06/25/2004) |
| 06/23/2004 | 9 | Attorney update in case as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry. Attorney Andrew M. D'Angelo for Michael E. Green, Melvin Norris for Andre Page, Leo T. Sorokin for Wallstein Dwayne Allen added. (Rola[1:04nd, Lisa)[1:04-mj-01755-CBS] (Entered: 06/23/2004) |
| 06/25/2004 | 9 | Attorney update in case as to Aquaya Stephanie Perry. Attorney Edward L. Hayden for Aquaya Stephanie Perry added. (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 06/25/2004) |
| 06/29/2004 | 13 | NOTICE OF ATTORNEY APPEARANCE: James E. McCall appearing for Michael E. Green. (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/07/2004) |
| 06/29/2004 | 10 | MOTION to Withdraw as Attorney by Andrew M. D'Angelo. as to Andre Page. (D'Angelo, Andrew)[1:04-mj-01755-CBS] (Entered: 06/29/2004) |
| 06/29/2004 | 12 | NOTICE OF ATTORNEY APPEARANCE: William H. Keefe appearing for Andre Page. (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/07/2004) |
| 06/29/2004 | 9 | Attorney update in case as to Andre Page. Attorney Andrew M. D'Angelo terminated. (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 08/02/2004) |
| 06/30/2004 | 9 | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Wallstein Dwayne Allen held on 6/30/2004, Preliminary Examination as to Wallstein Dwayne Allen held on 6/30/2004. Case called, AUSA Tobin [1:04appears, Dft appears without counsel, Dft informed that his counsel was not available, Case continued to 7/12/2004 @ 10:15 p, Dft remanded to the custody of the US Marshal. (12:19 P.) (Roland, Lisa)[1:04-mj-01755-CBS] (Entered: 07/06/2004) |
| 07/09/2004 | 15 | MOTION to Withdraw as Attorney by Melvin Norris. as to Michael E. Green. (Norris, Melvin)[1:04-mj-01755-CBS] (Entered: 07/09/2004) |
| 07/12/2004 | 9 | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood : Case called, counsel appear. Defendant waives probable cause and assents to detention, reserving his right to detention hearing in the future.Detention Hearing as[1:04 to Wallstein Dwayne Allen held on 7/12/2004, Preliminary Examination as to Wallstein Dwayne Allen held on 7/12/2004. (Tape #10:32a.m.) (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/12/2004) |
| 07/12/2004 | 16 | WAIVER of Preliminary Examination or hearing by Wallstein Dwayne Allen. (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/12/2004) |
| 07/12/2004 | 17 | Judge Charles B. Swartwood : ORDER entered CJA 20 as to Michael E. |

| | | |
|---|---|---|
| | | Green : Appointment of Attorney Melvin Norris for Michael E. Green. (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/12/2004) |
| 07/12/2004 | ❧ | Judge Charles B. Swartwood : Electronic ORDER entered granting 15 Motion to Withdraw as Attorney. as to Michael E. Green (2). "ALLOWED." (cc/cl) (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | ❧ | Attorney update in case as to Michael E. Green. Attorney Melvin Norris terminated. (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | ❧ | Attorney update in case as to Andre Page. Attorney Melvin Norris terminated. (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/12/2004) |
| 07/13/2004 | ❧ | Attorney update in case as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry. Attorney Andrew M. D'Angelo terminated. (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/13/2004) |
| 07/13/2004 | ❧ | Judge Charles B. Swartwood : Electronic ORDER entered granting 10 Motion to Withdraw as Attorney. as to Andre Page (3). "ALLOWED." (cc/cl) (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/13/2004) |
| 07/14/2004 | ❧18 | Judge Charles B. Swartwood : ORDER entered on the Government's motion for detention ORDER OF DETENTION as to Wallstein Dwayne Allen. (cc/cl) (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/14/2004) |
| 07/21/2004 | ❧19 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Andre Page Appeal taken from case 04-1755, c/s. (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 07/22/2004) |
| 08/02/2004 | ❧22 | NOTICE OF ATTORNEY APPEARANCE Michael J. Pelgro appearing for USA, c/s. (Jones, Sherry)[1:04-mj-01755-CBS] (Entered: 08/02/2004) |
| 08/10/2004 | ❧24 | TRANSCRIPT of Probable Cause and Detention Hearing as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry held on June 9, 2004 before Judge Swartwood. Tape Transcribed by Maryann Young. The original transcripts are maint[1:04ained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah)[1:04-mj-01755-CBS] (Entered: 08/10/2004) |
| 08/11/2004 | ❧25 | INDICTMENT as to Wallstein Dwayne Allen (1) count(s) 1, 2, 3, Andre Page (2) count(s) 2, 3, Michael E. Green (3) count(s) 2, 3, Aquaya Stephanie Perry (4) count(s) 3, 4. (Gawlik, Cathy) (Entered: 08/11/2004) |
| 08/11/2004 | ❧ | Judge Nathaniel M. Gorton : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: pretrial proceedings as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry (Gawlik, Cathy) (Entered: 08/11/2004) |
| 08/12/2004 | ❧26 | MOTION to Withdraw as Attorney *Motion to Withdraw as Counsel* by sorokin. as to Wallstein Dwayne Allen. (Sorokin, Leo) (Entered: 08/12/2004) |
| 08/12/2004 | ❧27 | NOTICE OF ATTORNEY APPEARANCE David G. Tobin appearing for USA. (Tobin, David) (Entered: 08/12/2004) |

| 08/16/2004 | | Attorney update in case as to Wallstein Dwayne Allen. Attorney Rudolph F. Miller for Wallstein Dwayne Allen added. Attorney Leo T. Sorokin terminated. (Cohen, Lawrence) (Entered: 08/16/2004) |
|---|---|---|
| 08/16/2004 | | Attorney update in case as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry. Attorney Andrew M. D'Angelo and Melvin Norris terminated. (Simeone, Maria) (Entered: 08/16/2004) |
| 08/17/2004 | | Motions terminated as to Wallstein Dwayne Allen : 26 MOTION to Withdraw as Attorney *Motion to Withdraw as Counsel* by sorokin. filed by Wallstein Dwayne Allen. (Nicewicz, Craig) (Entered: 08/17/2004) |
| 08/20/2004 | 28 | NOTICE OF ARRAIGNMENT as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry Arraignment set for 8/25/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 08/20/2004) |
| 08/25/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Wallstein Dwayne Allen (1) Count 1,2,3 and Michael E. Green (3) Count 2,3 and Andre Page (2) Count 2,3 and Aquaya Stephanie Perry (4) Count 3,4 held on 8/25/2004 ; All defts appear with counsel; Allen-Miller; Page-Keefe; Green-McCall; Perry-Hayden; Dave Tobin for Govt; all deft plead not guilty; (Court Reporter digital.) (Simeone, Maria) (Entered: 08/25/2004) |
| 08/25/2004 | 29 | NOTICE OF HEARING as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry; Status Conference set for 10/6/2004 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 08/26/2004) |
| 08/25/2004 | 30 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry ; Time excluded from August 25, 2004 until September 8, 2004, cc/cl. (Roland, Lisa) (Entered: 08/26/2004) |
| 08/25/2004 | 31 | Judge Charles B. Swartwood : SCHEDULING ORDER as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry, cc/cl. (Roland, Lisa) (Entered: 08/26/2004) |
| 08/27/2004 | | Reset Hearing as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry : Status Conference set for 10/6/2004 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 08/27/2004) |
| 09/09/2004 | 32 | MOTION for Revocation or amendment of detention order as to Michael E. Green . (Smith3, Dianne) (Entered: 09/10/2004) |
| 09/15/2004 | 33 | RESPONSE to Motion by USA as to Michael E. Green re 32 MOTION to Revoke *or Amend Detention Order* (Tobin, David) Additional attachment(s) added on 9/20/2004 (Barrette, Mark). (Entered: 09/15/2004) |
| 09/16/2004 | | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 32 Motion to Revoke as to Michael E. Green (3), Petition for Review denied 19 (2) (Nicewicz, Craig) (Entered: 09/17/2004) |

| 10/04/2004 | 34 | Letter (non-motion) regarding appointed counsel as to Aquaya Stephanie Perry (Jones, Sherry) (Entered: 10/04/2004) |
|---|---|---|
| 10/06/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry held on 10/6/2004. Case called, Counsel (Tobin, Miller, Keefe, McCall, Hayden) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (2:37 P.) (Roland, Lisa) (Entered: 10/06/2004) |
| 10/06/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood : Ex ParteHearing as to Aquaya Stephanie Perry held on 10/6/2004. Atty Hayden appears by telephone re: Letter 34. Order to issue. (2:37 P.) (Roland, Lisa) (Entered: 10/06/2004) |
| 10/06/2004 | 35 | Judge Charles B. Swartwood : ORDER entered as to Aquaya Stephanie Perry re 34 Letter, cc/cl. (Roland, Lisa) (Entered: 10/06/2004) |
| 10/06/2004 | 36 | Judge Charles B. Swartwood : STATUS REPORT as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry ; Status Conference set for 11/5/2004 02:30 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 10/06/2004) |
| 10/06/2004 | 37 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry; Time excluded from September 8, 2004 until November 5, 2004, cc/cl. (Roland, Lisa) (Entered: 10/06/2004) |
| 10/14/2004 | 38 | Sealed Document. (Jones, Sherry) (Entered: 10/14/2004) |
| 10/14/2004 | 39 | MOTION for Leave to Appear Pro Hac Vice by Howard Greenberg Filing fee $ 50, receipt number 404427. as to Aquaya Stephanie Perry . (Attachments: # 1 Text of Proposed Order)(Jones, Sherry) (Entered: 10/14/2004) |
| 10/14/2004 | 40 | AFFIDAVIT of Howard Greenberg by Aquaya Stephanie Perry 39 MOTION for Leave to Appear Pro Hac Vice by Howard Greenberg Filing fee $ 50, receipt number 404427. filed by Aquaya Stephanie Perry, c/s. (Jones, Sherry) Additional attachment(s) added on 10/25/2004 (Jones, Sherry). (Entered: 10/14/2004) |
| 10/25/2004 |  | Judge Charles B. Swartwood : Electronic ORDER entered granting 39 Motion for Leave to Appear Pro Hac Vice as to Aquaya Stephanie Perry (4). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 10/26/2004) |
| 10/25/2004 |  | Attorney update in case as to Aquaya Stephanie Perry. Attorney Howard Greenberg for Aquaya Stephanie Perry added. (Roland, Lisa) (Entered: 10/26/2004) |
| 11/05/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry held on 11/5/2004. Case called, Counsel (Tobin, Miller, Keefe, McCall, Hayden) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (3:49 P.) (Roland, Lisa) (Entered: 11/05/2004) |

| 11/05/2004 | 41 | Judge Charles B. Swartwood : STATUS REPORT as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry; Status Conference set for 12/8/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 11/08/2004) |
|---|---|---|
| 11/05/2004 | 42 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry; Time excluded from November 5, 2004 until December 8, 2004, cc/cl. (Roland, Lisa) (Entered: 11/08/2004) |
| 11/17/2004 | 43 | Letter (non-motion) regarding transcripts as to Aquaya Stephanie Perry (Jones, Sherry) (Entered: 11/17/2004) |
| 11/22/2004 | 44 | SEALED MOTION as to Aquaya Stephanie Perry . (Jones, Sherry) (Entered: 11/22/2004) |
| 11/22/2004 | | *SEALED*    Judge Charles B. Swartwood : Electronic ORDER entered granting [44 Sealed Motion as to Aquaya Stephanie Perry (4). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 11/22/2004) |
| 12/06/2004 | 47 | MOTION to Discharge Attorney and Appoint New Attorney as to Michael E. Green . (Attachments: # 1 Affidavit Supporting Motion To Discharge Attorney)(Barrette, Mark) (Entered: 12/13/2004) |
| 12/08/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry held on 12/8/2004. Case called, Counsel (Tobin, McCall, Keefe, Hayden) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (2:31 P.) (Roland, Lisa) (Entered: 12/08/2004) |
| 12/08/2004 | 45 | Judge Charles B. Swartwood : STATUS REPORT as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry ; Status Conference set for 1/10/2005 02:15 PM, IN BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 12/09/2004) |
| 12/08/2004 | 46 | Judge Charles B. Swartwood :ORDER ON EXCLUDABLE DELAY as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry; Time excluded from December 8, 2004 until January 10, 2005, cc/cl. (Roland, Lisa) (Entered: 12/09/2004) |
| 12/17/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Motion Hearing as to Michael E. Green held on 12/17/2004 re 47 MOTION filed by Michael E. Green, Case called, Counsel (Tobin, McCall) & Dft appear, Dft wishes to have the Court re-appoint Mevin Norris as CJA Counsel, Dft remanded to the custody of the US Marshal. (12:14 P.) (Roland, Lisa) (Entered: 12/17/2004) |
| 12/23/2004 | 48 | MOTION to Discharge Attorney and to Appoint Counsel as to Andre Page . (Nicewicz, Craig) (Entered: 12/28/2004) |
| 12/23/2004 | 49 | AFFIDAVIT in Support re 48 MOTION to Appoint Counsel by Andre Page (Nicewicz, Craig) (Entered: 12/28/2004) |

| 12/28/2004 | ➌ | Judge Charles B. Swartwood : Electronic ORDER entered granting 47 Motion to Discharge Attorney and Appoint New Attorney as to Michael E. Green (3). "ALLOWED. Clerk to appoint counsel." cc/cl (Roland, Lisa) (Entered: 12/28/2004) |
| --- | --- | --- |
| 12/28/2004 | ➌50 | Judge Charles B. Swartwood : CJA 20 as to Michael E. Green : Appointment of Attorney Melvin Norris for Michael E. Green. (Roland, Lisa) (Entered: 12/28/2004) |
| 12/28/2004 | ➌ | Attorney update in case as to Michael E. Green. Attorney James E. McCall terminated. (Roland, Lisa) (Entered: 12/28/2004) |
| 12/30/2004 | ➌51 | MOTION for Reconsideration of Order Denying Petition for Review of Detention Order as to Andre Page. (Barrette, Mark) (Entered: 01/06/2005) |
| 01/05/2005 | ➌ | ElectronicClerk's Notes for proceedings held before Judge Charles B. Swartwood :Attorney Appointment Hearing as to Andre Page held on 1/5/2005, Motion Hearing as to Andre Page held on 1/5/2005. Case called, Counsel (Poswistillo, Keefe) & Dft appear, Motion to Discharge Attorney ALLOWED, Previous Attorney to be re-appointed, Dft remanded to the custody of the US Marshal. (12:19 P.) (Roland, Lisa) (Entered: 01/05/2005) |
| 01/05/2005 | ➌ | Judge Charles B. Swartwood : ElectronicORDER entered granting 48 Motion to Discharge Attorney and Appoint new Counsel as to Andre Page (2). "ALLOWED. Successor counsel to be appointed. I had previously found that Mr. Page cannot afford to hire his own counsel." cc/cl (Roland, Lisa) (Entered: 01/05/2005) |
| 01/10/2005 | ➌ | ElectronicClerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry held on 1/10/2005. Case called, Counsel (Tobin, Parker, Hayden) appear, Counsel request additional time, Case continued, Time to be excluded. (2:23 P.) (Roland, Lisa) (Entered: 01/10/2005) |
| 01/10/2005 | ➌52 | Judge Charles B. Swartwood : CJA 20 as to Andre Page: Appointment of Attorney E. Peter Parker for Andre Page. (Roland, Lisa) (Entered: 01/10/2005) |
| 01/11/2005 | ➌53 | Judge Charles B. Swartwood : STATUS REPORT as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry ; Status Conference set for 3/22/2005 03:30 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 01/12/2005) |
| 01/11/2005 | ➌54 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry ; Time excluded from January 10, 2005 until March 22, 2005, cc/cl. (Roland, Lisa) (Entered: 01/12/2005) |
| 01/13/2005 | ➌55 | MOTION to Withdraw as Attorney by E. Peter Parker. as to Andre Page. (Parker, E.) (Entered: 01/13/2005) |
| 01/20/2005 | ➌56 | MOTION to Discharge Second Attorney and Appoint New Attorney as to Andre Page. (Attachments: # 1 Affidavit In Support)(Barrette, Mark) (Entered: 01/27/2005) |

| | | |
|---|---|---|
| 01/20/2005 | 57 | MOTION to Preserve Evidentiary Hearing and Speedy Trial Request as to Andre Page. (Barrette, Mark) (Entered: 01/31/2005) |
| 01/26/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 51 Motion for Reconsideration as to Andre Page (2) cc/cl (Nicewicz, Craig) (Entered: 01/27/2005) |
| 01/28/2005 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 55 Motion to Withdraw as Attorney. as to Andre Page (2); granting 56 Motion to Discharge Attorney by Andre Page (2). "For the Reasons stated in [Attorney Parker's] motion, it is ALLOWED and successor counsel shall be appointed." cc/cl (Roland, Lisa) (Entered: 01/28/2005) |
| 01/28/2005 | | Attorney update in case as to Andre Page. Attorney William H. Keefe and E. Peter Parker terminated. (Roland, Lisa) (Entered: 01/28/2005) |
| 02/11/2005 | 58 | Judge Charles B. Swartwood : ORDER entered as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry, cc/cl. (Roland, Lisa) (Entered: 02/11/2005) |
| 02/15/2005 | 59 | Judge Charles B. Swartwood : CJA 20 as to Andre Page: Appointment of Attorney Elliot M. Weinstein for Andre Page. (Roland, Lisa) (Entered: 02/15/2005) |
| 03/02/2005 | 60 | MOTION to Seal as to Andre Page. (Roland, Lisa) (Entered: 03/03/2005) |
| 03/02/2005 | | Judge Charles B. Swartwood : Electronic ORDER entered granting [60] Motion to Seal as to Andre Page (2). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 03/03/2005) |
| 03/02/2005 | 61 | SEALED MOTION as to Andre Page. (Roland, Lisa) (Entered: 03/03/2005) |
| 03/02/2005 | | *SEALED*    Judge Charles B. Swartwood : Electronic ORDER entered granting [61] Sealed Motion as to Andre Page (2). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 03/03/2005) |
| 03/03/2005 | 62 | MOTION to Strike *Surplusage from Indictment* as to Michael E. Green. (Norris, Melvin) (Entered: 03/03/2005) |
| 03/03/2005 | 63 | MEMORANDUM in Support by Michael E. Green re 62 MOTION to Strike *Surplusage from Indictment* (Norris, Melvin) (Entered: 03/03/2005) |
| 03/11/2005 | | Judge Charles B. Swartwood : Electronic ORDER entered granting in part and denying in part 57 Motion to Preserve Evidentiary Hearing and Speedy Trial Request as to Andre Page (2). "Motion for Appointment of Counsel ALLOWED; Defendant's right to a speedy trial is preserved (ALLOWED); and DENIED as to his request for an evidentiary hearing on the matter of reimbursement of prior legal fees paid prior counsel." cc/cl (Roland, Lisa) (Entered: 03/11/2005) |
| 03/22/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry held on 3/22/2005. Case called, Counsel (Tobin, Norris, Miller, Hayden) appear by telephone, Counsel request |

| | | |
|---|---|---|
| | | additional time. Case continued. Time to be excluded. (2:45 P.) (Roland, Lisa) (Entered: 03/22/2005) |
| 03/22/2005 | ❸ | Attorney update in case. Attorney David G. Tobin for USA. (Roland, Lisa) (Entered: 03/22/2005) |
| 03/23/2005 | ❸64 | Judge Charles B. Swartwood : STATUS REPORT as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry; Status Conference set for 4/25/2005 03:45 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 03/24/2005) |
| 03/23/2005 | ❸65 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry; Time excluded from March 22, 2005 until April 25, 2005, cc/cl. (Roland, Lisa) (Entered: 03/24/2005) |
| 04/25/2005 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry held on 4/25/2005. Case called, Counsel (Tobin, Miller, Weinstein, Norris, Greenberg) appear by telephone. Counsel request additional time, Case continued, Time to be excluded. (4:09 P.) (Roland, Lisa) (Entered: 04/26/2005) |
| 04/27/2005 | ❸66 | Judge Charles B. Swartwood : STATUS REPORT as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry; Status Conference set for 5/26/2005 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 04/28/2005) |
| 04/27/2005 | ❸67 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry; Time excluded from April 25, 2005 until May 26, 2005, cc/cl. (Roland, Lisa) (Entered: 04/28/2005) |
| 05/10/2005 | ❸68 | MOTION Copy of minutes as to Andre Page. (Nici, Richard) (Entered: 05/13/2005) |
| 05/20/2005 | ❸69 | SEALED MOTION as to Aquaya Stephanie Perry. (Jones, Sherry) (Entered: 05/20/2005) |
| 05/26/2005 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry held on 5/26/2005. Case called, Counsel (Tobin, Weinstein, Norris, Hayden) appear by telephone, Case as to Defendants' Page, Green & Perry to be sent back to Judge Gorton, Case as to Defendant Allen continued, Status Report to issue, Time to be excluded. (2:30 P.) (Roland, Lisa) (Entered: 05/26/2005) |
| 05/26/2005 | ❸ | *SEALED*    Judge Charles B. Swartwood : Electronic ORDER entered granting 69 Sealed Motion as to Aquaya Stephanie Perry (4). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 05/27/2005) |
| 05/27/2005 | ❸70 | Judge Charles B. Swartwood : STATUS REPORT as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry; Status Conference (for Defendant Allen only) set for 6/30/2005 02:45 PM in |

| | | Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: 06/02/2005) |
|---|---|---|
| 05/27/2005 | ●71 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry; Time excluded from May 26, 2005 until June 30, 2005. cc/cl. (Roland, Lisa) (Entered: 06/02/2005) |
| 06/02/2005 | ● | Case as to Michael E. Green, Andre Page, Aquaya Stephanie Perry no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 06/02/2005) |
| 06/21/2005 | ● | Judge Charles B. Swartwood : Electronic ORDER entered denying [68] Ex Parte Motion for copies of Grand Jury Minutes as to Andre Page (2). "DENIED without prejudice. Mr. Page is represented by counsel who should be the person to file such a motion." cc/cl (Roland, Lisa) (Entered: 06/23/2005) |
| 06/30/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Wallstein Dwayne Allen held on 6/30/2005. Case called, Counsel (Tobin, Miller) appear by telephone, Case to be sent back to the District Judge, Final Status Report to issue. (2:57 P.) (Roland, Lisa) (Entered: 06/30/2005) |
| 07/01/2005 | ●72 | Judge Charles B. Swartwood : FINAL STATUS REPORT as to Wallstein Dwayne Allen, cc/cl. (Roland, Lisa) (Entered: 07/12/2005) |
| 07/12/2005 | ● | NOTICE OF HEARING as to Wallstein Dwayne Allen Change of Plea Hearing set for 7/18/2005 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 07/12/2005) |
| 07/12/2005 | ● | NOTICE OF HEARING as to Michael E. Green, Andre Page, Aquaya Stephanie Perry Pretrial Conference set for 7/18/2005 03:45 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 07/12/2005) |
| 07/12/2005 | ●73 | MOTION to Travel as to Aquaya Stephanie Perry. (Hayden, Edward) (Entered: 07/12/2005) |
| 07/15/2005 | ● | Terminate Deadlines and Hearings as to Wallstein Dwayne Allen: plea hearing (Nicewicz, Craig) (Entered: 07/15/2005) |
| 07/15/2005 | ● | NOTICE CANCELLING DEADLINE as to Wallstein Dwayne Allen. Deadline cancelled: change of plea. Counsel will contact the clerk regarding the rescheduling of change of plea hearing. (Nicewicz, Craig) (Entered: 07/15/2005) |
| 07/18/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry held on 7/18/2005. Attorney Miller is not present with leave of the court as he has informed the clerk that his client intends to enter a plea. Attorney Weinstein is not present. Jury trial is set for Monday, 10/24/05 at 9:00 a.m. Motions in limine 10/3/05, responses 10/10/05, proposed voir dir, witness/exhibit lists 10/15/05, objections 10/17/05, jury instructions 10/17/05.(Court Reporter Dahlstrom.) (Nicewicz, Craig) Modified on 7/18/2005 (Nicewicz, Craig). (Entered: 07/18/2005) |

| 07/18/2005 | ɔ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 73 Motion to Travel as to Aquaya Stephanie Perry (4) (Nicewicz, Craig) (Entered: 07/18/2005) |
|---|---|---|
| 07/18/2005 | ɔ | Set/Reset Hearings as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry: Jury Trial set for 10/24/2005 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 07/18/2005) |
| 07/28/2005 | ◑ | Case as to Wallstein Dwayne Allen no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 07/28/2005) |
| 08/03/2005 | ◑74 | RESPONSE to Motion by USA as to Michael E. Green re 62 MOTION to Strike *Surplusage from Indictment* (Tobin, David) (Entered: 08/03/2005) |
| 09/28/2005 | ◑75 | MOTION to Continue *Trial* as to Andre Page. (Weinstein, Elliot) (Entered: 09/28/2005) |
| 10/11/2005 | ◑76 | NOTICE *Government's Notice to the Court* by USA as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry (Tobin, David) (Entered: 10/11/2005) |
| 10/12/2005 | ◑ | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 75 Motion to Continue as to Andre Page (2) (Nicewicz, Craig) (Entered: 10/12/2005) |
| 10/12/2005 | ◑ | Terminate Deadlines and Hearings as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry: trial date of 10/24/05 (Nicewicz, Craig) (Entered: 10/12/2005) |
| 10/12/2005 | ◑ | NOTICE OF RESCHEDULING as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry Jury Trial reset for 12/5/2005 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/12/2005) |
| 11/08/2005 | ◑ | NOTICE OF HEARING as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry Pretrial Conference set for 11/18/2005 11:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 11/08/2005) |
| 11/17/2005 | ◑77 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Andre Page (Tobin, David) (Entered: 11/17/2005) |
| 11/17/2005 | ◑78 | MOTION to Continue *Trial* as to Andre Page. (Weinstein, Elliot) (Entered: 11/17/2005) |
| 11/18/2005 | ◑ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry held on 11/18/2005, Motions terminated as toWallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry: motion to continue allowed. Motions in limine 1/17/06, responses 1/23/06, exhibit lists, proposed voir dire, verdict form 1/23/06, objections, proposed jury instructions 1/30/06. Defendants Wallstein Allen and Aquaya Perry will enter pleas. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 11/18/2005) |

| 11/18/2005 | 3 | Terminate Deadlines and Hearings as to Wallstein Dwayne Allen. Michael E. Green. Andre Page. Aquaya Stephanie Perry: (Nicewicz. Craig) (Entered: 11/18/2005) |
|---|---|---|
| 11/18/2005 | 3 | NOTICE OF HEARING as to Wallstein Dwayne Allen, Aquaya Stephanie Perry Change of Plea Hearing set for 12/5/2005 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 11/18/2005) |
| 11/18/2005 | 3 | NOTICE OF HEARING as to Michael E. Green, Andre Page Jury Trial set for 2/6/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 11/18/2005) |
| 11/22/2005 | 79 | MOTION for Excludable Delay from 12/5/05 to 2/6/06 as to Andre Page. (Weinstein, Elliot) (Entered: 11/22/2005) |
| 11/28/2005 | 3 | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 79 Motion to Exclude as to Andre Page (2) (Nicewicz, Craig) (Entered: 11/28/2005) |
| 12/02/2005 | 80 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Wallstein Dwayne Allen (Tobin, David) (Entered: 12/02/2005) |
| 12/05/2005 | 3 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Defendant is SWORN. Court has colloquy with counsel re: state of mind, rights, charges. Govt. states maximum penalties, summarizes the evidence.Change of Plea Hearing as to Wallstein Dwayne Allen held on 12/5/2005 Sentencing set for 3/16/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. Defendant remanded to custody of US Marshal.(Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/06/2005) |
| 12/05/2005 | 3 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Plea entered by Wallstein Dwayne Allen (1) Guilty Count 1,2,3. (Nicewicz, Craig) (Entered: 12/06/2005) |
| 12/05/2005 | 3 | Terminate Deadlines and Hearings as to Aquaya Stephanie Perry: (Nicewicz, Craig) (Entered: 12/06/2005) |
| 12/05/2005 | 81 | PLEA AGREEMENT as to Wallstein Dwayne Allen (Nicewicz, Craig) (Entered: 12/06/2005) |
| 12/06/2005 | 3 | NOTICE OF RESCHEDULING as to Aquaya Stephanie Perry Change of Plea Hearing set for 2/24/2006 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 12/06/2005) |
| 01/10/2006 | 82 | First MOTION to Amend *Trial Schedule Dates* as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perryby USA. (Tobin, David) (Entered: 01/10/2006) |
| 01/17/2006 | 83 | MOTION in Limine *strike surplusage* as to Andre Page. (Weinstein, Elliot) (Entered: 01/17/2006) |
| 01/19/2006 | 3 | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 82 Motion to Amend as to Wallstein Dwayne Allen (1), Andre Page (2), Michael E. Green (3), Aquaya Stephanie Perry (4) (Nicewicz, Craig) (Entered: 01/19/2006) |
| 01/23/2006 | 84 | MOTION to Sever as to Andre Page. (Weinstein, Elliot) (Entered: 01/23/2006) |

| 01/23/2006 | 85 | AFFIDAVIT in Support of Elliot M. Weinstein; by Andre Page re 84 MOTION to Sever (Weinstein, Elliot) (Entered: 01/23/2006) |
| 01/24/2006 | 86 | MOTION to Continue to February 27, 2006 as to Aquaya Stephanie Perry. (Sonnenberg, Elizabeth) (Entered: 01/24/2006) |
| 01/25/2006 | 87 | Opposition by USA as to Andre Page re 84 MOTION to Sever (Attachments: # 1)(Tobin, David) (Entered: 01/25/2006) |
| 01/27/2006 | 88 | Judge Nathaniel M. Gorton : ORDER entered. as to Michael E. Green, Andre Page, Aquaya Stephanie Perry, Motions terminated as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry: Motion for severance of Page 84 DENIED. Motion to strike surplasage 62 and 83 ALLOWED, motion to continue as to Perry 86 ALLOWED. Pretrial Conference set for 2/3/2006 02:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/27/2006) |
| 01/27/2006 | 89 | MOTION in Limine as to Andre Page by USA. (Tobin, David) (Entered: 01/27/2006) |
| 01/30/2006 | 90 | EXHIBIT/WITNESS LIST by USA as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry (Tobin, David) (Entered: 01/30/2006) |
| 01/31/2006 | 91 | EXHIBIT/WITNESS LIST by USA as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry (Tobin, David) (Entered: 01/31/2006) |
| 02/03/2006 | 92 | AMENDED EXHIBIT/WITNESS LIST by USA as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry (Tobin, David) Modified on 2/6/2006 (Sonnenberg, Elizabeth). (Entered: 02/03/2006) |
| 02/03/2006 | 93 | Prospective EXHIBIT/WITNESS LIST by Andre Page (Weinstein, Elliot) Modified on 2/6/2006 (Sonnenberg, Elizabeth). (Entered: 02/03/2006) |
| 02/03/2006 | 94 | Proposed Voir Dire by Andre Page (Weinstein, Elliot) (Entered: 02/03/2006) |
| 02/03/2006 | 95 | Proposed Jury Questions by Andre Page (Weinstein, Elliot) (Entered: 02/03/2006) |
| 02/03/2006 | 96 | PLEA AGREEMENT as to Aquaya Stephanie Perry (Sonnenberg, Elizabeth) (Entered: 02/03/2006) |
| 02/03/2006 | ◐ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Michael E. Green, Andre Page held on 2/3/2006 (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 02/07/2006) |
| 02/03/2006 | ◐ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Change of Plea Hearing as to Aquaya Stephanie Perry held on 2/3/2006, Plea entered by Aquaya Stephanie Perry (4) Guilty Count 4. Defendant remains on conditions of release. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 02/21/2006) |
| 02/04/2006 | 97 | Proposed Jury Instructions by Michael E. Green (Norris, Melvin) (Entered: 02/04/2006) |

| 02/04/2006 | 98 | Proposed Voir Dire by Michael E. Green (Norris, Melvin) (Entered: 02/04/2006) |
|---|---|---|
| 02/06/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Voir Dire begun on 2/6/2006 Michael E. Green (3) on Count 2,3 and Andre Page (2) on Count 2,3, Voir Dire held on 2/6/2006, Jury Selection held on 2/6/2006. Jury of 12 + 2 alternates. Jury Trial Day 1 held on 2/6/2006. Govt. calls SA Darling. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 02/07/2006) |
| 02/07/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 2 as to Michael E. Green, Andre Page held on 2/7/2006. Testimony of SA Darling continues. Govt. calls SA Hedrick. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 02/08/2006) |
| 02/08/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 3 as to Michael E. Green, Andre Page held on 2/8/2006. Testimony of SA Hendrick continues. Govt. calls Wallsein Dwayne Allen. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 02/08/2006) |
| 02/08/2006 | 99 | Proposed Jury Instructions by Andre Page (Weinstein, Elliot) (Entered: 02/08/2006) |
| 02/09/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 4 as to Michael E. Green, Andre Page held on 2/9/2006. Testimony of Allen continues. Testimony of Sgt. Joyce (BPD). (Court Reporter Dahlstrom.) (Nicewicz, Craig) Modified on 2/14/2006 (Nicewicz, Craig). (Entered: 02/10/2006) |
| 02/10/2006 | 100 | Judge Nathaniel M. Gorton : PROTECTIVE ORDER entered. as to Michael E. Green (Sonnenberg, Elizabeth) (Entered: 02/10/2006) |
| 02/10/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 5 as to Michael E. Green, Andre Page held on 2/10/2006. Testimony of Andre Page. Testimony of Michael Green. Testimony of Spirow Ferris and Dan Rather, Jr., out of order. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 02/14/2006) |
| 02/10/2006 | 101 | Defendant Michael Green Request for additional Jury Instructions as to Michael E. Green (Sonnenberg, Elizabeth) (Entered: 02/14/2006) |
| 02/10/2006 | 102 | MOTION for Judgment of Acquittal as to Michael E. Green. (Sonnenberg, Elizabeth) (Entered: 02/14/2006) |
| 02/10/2006 | 103 | MOTION for Judgment of Acquittal as to Andre Page. (Sonnenberg, Elizabeth) (Entered: 02/14/2006) |
| 02/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 6 as to Michael E. Green, Andre Page held on 2/14/2006. Testimony of Green. Closings by Govt., Page, Green, Govt. Court charges the jury. Jury retires to deliberate. Court excused jury at 5:50 p.m. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 02/15/2006) |
| 02/15/2006 | 104 | Judge Nathaniel M. Gorton : PROTECTIVE ORDER Entered. as to Michael E. |

| | | |
|---|---|---|
| | | Green (Sonnenberg, Elizabeth) (Entered: 02/15/2006) |
| 02/15/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 7 as to Michael E. Green, Andre Page held on 2/15/2006. Judge O'Toole greets jury in Judge Gorton's absence. Jury deliberations day 2. Jury returns verdict of Guilty on both counts as to Andre Page and Michale Green. Court thanks jury for their service. Defendants are remanded to the custody of the US Marshal. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 02/15/2006) |
| 02/15/2006 | | NOTICE OF HEARING as to Michael E. Green, Andre Page Sentencing set for 5/24/2006 02:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 02/15/2006) |
| 02/15/2006 | 105 | EXHIBIT/WITNESS LIST by Michael E. Green, USA, Andre Page as to Michael E. Green, Andre Page (Sonnenberg, Elizabeth) (Entered: 02/16/2006) |
| 02/15/2006 | 106 | Jury Panel/Witnesses as to Michael E. Green, Andre Page (Sonnenberg, Elizabeth) (Entered: 02/16/2006) |
| 02/15/2006 | 107 | JURY VERDICT Form as to Michael Green and Andre Page. (Sonnenberg, Elizabeth) Modified on 3/1/2006 (Sonnenberg, Elizabeth). (Entered: 02/16/2006) |
| 02/21/2006 | | NOTICE OF HEARING as to Aquaya Stephanie Perry Sentencing set for 4/27/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 02/21/2006) |
| 02/21/2006 | | NOTICE OF HEARING as to Michael E. Green, Andre Page Sentencing set for 5/24/2006 02:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 02/21/2006) |
| 02/28/2006 | 108 | Letter as to Michael E. Green (Sonnenberg, Elizabeth) (Entered: 03/01/2006) |
| 03/14/2006 | | Terminate Deadlines and Hearings as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry: (Nicewicz, Craig) (Entered: 03/14/2006) |
| 03/14/2006 | 109 | Assented to MOTION to Continue *Sentencing* as to Wallstein Dwayne Allenby USA. (Tobin, David) (Entered: 03/14/2006) |
| 03/15/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 109 Motion to Continue as to Wallstein Dwayne Allen (1) Sentencing set for 6/20/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 03/15/2006) |
| 04/25/2006 | 110 | MOTION to Continue as to Aquaya Stephanie Perry. (Hayden, Edward) (Entered: 04/25/2006) |
| 04/25/2006 | | Terminate Deadlines and Hearings as to Aquaya Stephanie Perry: sentencing (Nicewicz, Craig) (Entered: 04/25/2006) |
| 04/25/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 110 Motion to Continue as to Aquaya Stephanie Perry (4) Sentencing set for 6/8/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, |

| | | Craig) (Entered: 04/25/2006) |
|---|---|---|
| 05/05/2006 | 111 | Assented to MOTION to Continue *Sentencing Hearing* as to Michael E. Green. (Norris, Melvin) (Entered: 05/05/2006) |
| 05/18/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 111 Motion to Continue as to Michael E. Green (3) (Nicewicz, Craig) (Entered: 05/18/2006) |
| 05/18/2006 | | Terminate Deadlines and Hearings as to Michael E. Green: sentencing (Nicewicz, Craig) (Entered: 05/18/2006) |
| 05/18/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Michael E. Green Sentencing set for 6/19/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 05/18/2006) |
| 05/22/2006 | 112 | SENTENCING MEMORANDUM by Andre Page (Weinstein, Elliot) (Entered: 05/22/2006) |
| 05/23/2006 | 113 | RESPONSE TO SENTENCING MEMORANDUM by USA as to Andre Page (Tobin, David) (Entered: 05/23/2006) |
| 05/24/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : as to Andre Page TOL 36, CHC III; 240-293 months. Counsel present arguments. Defendant expresses right of allocution. On Counts 1 & 2; 240 months in BOP, concurrently, followed by 10 years of SR. Submit to DNA sample. No firearms. Informed of rights to appeal and representation. Motion to withdraw and notice of appeal filed in open court. Motion to withdraw will be allowed and notice of appeal filed. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 05/31/2006) |
| 06/05/2006 | | Terminate Deadlines and Hearings as to Aquaya Stephanie Perry: (Nicewicz, Craig) (Entered: 06/05/2006) |
| 06/05/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Aquaya Stephanie Perry Sentencing set for 7/25/2006 02:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 06/05/2006) |
| 06/09/2006 | 114 | SENTENCING MEMORANDUM by Michael E. Green (Norris, Melvin) (Entered: 06/09/2006) |
| 06/12/2006 | 115 | Judge Nathaniel M. Gorton : ORDER entered. JUDGMENT as to Andre Page (2), TOL 36, CHC III; 240-293 months. Counsel present arguments. Defendant expresses right of allocution. On Counts 1 & 2; 240 months in BOP, concurrently, followed by 10 years of SR. Submit to DNA sample. No firearms. Count(s) 2, TOL 36, CHC III; 240-293 months. On Counts 1 & 2; 240 months in BOP, concurrently, followed by 10 years of SR. Submit to DNA sample. No firearms..; Count(s) 3, TOL 36, CHC III; 240-293 months. On Counts 1 & 2; 240 months in BOP, concurrently, followed by 10 years of SR. Submit to DNA sample. No firearms., STATEMENT OF REASONS as to Andre Page (Nicewicz, Craig) (Entered: 06/12/2006) |
| 06/12/2006 | 116 | MOTION for Leave to Withdraw and for appointment of counsel on appeal as to Andre Page. (Sonnenberg, Elizabeth) (Entered: 06/12/2006) |

| 06/12/2006 | ❸117 | NOTICE OF APPEAL by Andre Page re 115 Judgment.,, Statement of Reasons,. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/3/2006. (Sonnenberg, Elizabeth) (Entered: 06/12/2006) |
|---|---|---|
| 06/19/2006 | ❸ | Terminate Deadlines and Hearings as to Wallstein Dwayne Allen: disposition. (Nicewicz, Craig) (Entered: 06/19/2006) |
| 06/19/2006 | ❸ | ELECTRONIC NOTICE OF RESCHEDULING as to Wallstein Dwayne Allen Sentencing set for 6/20/2006 11:30 AM in Courtroom 4 before Judge Nathaniel M. Gorton. This hearing was previously scheduled for 3:00 p.m.(Nicewicz, Craig) (Entered: 06/19/2006) |
| 06/19/2006 | ❸ | Terminate Deadlines and Hearings as to Wallstein Dwayne Allen: (Nicewicz, Craig) (Entered: 06/19/2006) |
| 06/19/2006 | ❸ | ELECTRONIC NOTICE OF HEARING as to Wallstein Dwayne Allen Sentencing set for 6/26/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 06/19/2006) |
| 06/23/2006 | ❸ | Motions terminated as to Wallstein Dwayne Allen, Michael E. Green, Andre Page, Aquaya Stephanie Perry: 102 MOTION for Acquittal filed by Michael E. Green,, denied in open court. Granting116 MOTION for Leave to withdraw filed by Andre Page,. (Nicewicz, Craig) (Entered: 06/23/2006) |
| 06/23/2006 | ❸118 | NOTICE OF APPEAL by Michael E. Green NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/13/2006. (Norris, Melvin) (Entered: 06/23/2006) |
| 06/23/2006 | ❸119 | MOTION to Withdraw Document 21 U.S.C 851 Notice of Prior Felony Drug Conviction as to Wallstein Dwayne Allenby USA. (Tobin, David) (Entered: 06/23/2006) |