Michael E. Green
N.C.C.C., PMX-8
200 West St.
Dedham, MA 02027-0149

June 27, 2006

Honorable Judge Nathaniel M. Gorton
c/o Deputy Clerk – Mr. Craig Nicewicz
U.S. District Court
One Courthouse Way, Suite #5120
Boston, MA 02210

Dear Judge Gorton:

I'm taking this time to express my appreciation to you on behalf of myself and my family. This may even be quite odd to do, but I needed to let you know that I'm very thankful for you giving not only me, but my family, another chance to be with them. For the record, I do understand your position, in this justice system. So thanks again, all the best to you in life.

Sincerely,

*Michael E.B. Green* (signature)
Michael E.B. Green
Docket # CR-04-10234-NMG