# United States Court of Appeals
## For the First Circuit

04-10234
J. Gorton
Papers Retained
to 06-2006

No. 06-2007

UNITED STATES OF AMERICA,

Appellee,

v.

MICHAEL E. GREEN,

Defendant, Appellant.

---

**JUDGMENT**

Entered: March 28, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Michael E. Green's conviction is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: APR 24 2008

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Tobin, Ms. Chaitowitz, Mr. Quinlivan, Mr. Bussert & Mr. Norris.]